# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAKIYAH LEE**<br><br>v.<br><br>**EDDYSTONE FIRE & AMBULANCE AND BOROUGH OF EDDYSTONE** | **CIVIL ACTION**<br>**NO. 19-3295** |

## ORDER

**AND NOW,** this 13th day of November, 2019, upon consideration of Defendants Borogh of Eddystone's Motion for Partial Dismissal Under F.R.C.P. 12(b)(6), for More Definite Statement Pursuant to 12(e), and Motion to Strike Pursuant to 12(f) (ECF 9); Defendant Eddystone Fire and Ambulance's Motion for Partial Dismissal and Motion for More Definite Statement (ECF 10); and Plaintiff's Responses (ECF 11–12), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that Defendants' Motions are GRANTED in part and DENIED in part, as follows:

- GRANTED, with prejudice, as to the Borough's Motion to Dismiss Plaintiff's prayer for punitive damages against it; and
- DENIED otherwise.

                           **BY THIS COURT:**

                           **/s/ Michael M. Baylson**
                           _____
                           **MICHAEL M. BAYLSON**
                           **United States District Court Judge**

O:\CIVIL 19\19-3295 Lee v Eddystone Fire & Ambulance\19cv3295 MtD Order.docx